B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 12−32073**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Huhilfredo Valadez                               Jasmin S Herrera
   14721 S. Blaine Avenue                  14721 S. Blaine Avenue
   Posen, IL 60469                                  Posen, IL 60469

Social Security / Individual Taxpayer ID No.:
   xxx−xx−3007                                     xxx−xx−6834

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

     It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                     FOR THE COURT

Dated: <u>December 11, 2012</u>                           <u>Kenneth S. Gardner, Clerk</u>
                                             United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-32073-ERW
Huhilfredo Valadez                                                        Chapter 7
Jasmin S Herrera
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 3          Date Rcvd: Dec 11, 2012
                              Form ID: b18             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2012.
```
db/jdb       +Huhilfredo Valadez,   Jasmin S Herrera,   14721 S. Blaine Avenue,   Posen, IL 60469-1528
19309877    #+AMO Recoveries,   19401 40th Ave,   Suite 440,   Lynnwood, WA 98036-5600
19309878     AMO Recoveries,   PO Box 926100,   Suite 440,   Hialeah, FL 33010
19309879     +Associated Laboratory,   1 Ingalls Drive,   Harvey, IL 60426-3558
19309880     +Avon Products Inc,   PO Box 94223,   Palatine, IL 60094-4223
19309887     +CitiFinancial Services Inc,   15949 S. Harlem Avenue,   Tinley Park, IL 60477-1609
19309888     +CitiFinancial, Inc,   300 St. Paul Place,   Baltimore, MD 21202-2120
19309885     +Citibank, N.A.,   399 Park Avenue,   New York, NY 10022-4699
19309889     +David L. Ellens,   6800 Centennial Drive, Suite C,   Tinley Park, IL 60477-1608
19309890    #+Donald Newman,   Newman Donald L Associates,   11 S. Lasalle, #1500,   Chicago, IL 60603-1224
19309891     +Dyck Oneal Inc,   15301 Spectrum Dr,   Addison, TX 75001-6436
19309892      Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
19309893     +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
19309894     +Family Christian Health Center,   31 West 155th Street,   Harvey, IL 60426-3556
19309895     +Ingalls Memorial Hospital,   PO Box 5995,   Peoria, IL 61601-5995
19309896     +Ingalls Memorial Hospital,   1600 Torrence Ave,   Calumet City, IL 60409-5430
19367296     +John H Stroger JR Hospital,   1969 West Ogden Avenue,   Chicago, IL 60612-3773
19309897     +Merchants Credit Guide (Original Credito,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6908
19367297     +Penn Credit,   916 S. 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
19309898     +Pierce & Associates,   1 North Dearborn,   Ste 1300,   Chicago, IL 60602-4373
19309899     +Seterus,   14523 SW Millikan Way,   Suite 200,   Beaverton, OR 97005-2352
19309900     +Seterus Inc,   14523 SW Millikan Suite 200,   Beaverton, OR 97005-2352
19341576     +Seterus, Inc. as servicer for Fannie Mae,   c/o,   Pierce and Associates,
               1 N Dearborn Suite 1300,   Chicago, IL 60602-4373
19309901      South Suburban Gastroenterrology,   17902 Governors Highway, Sute 208,   Homewood, IL 60430
19367298     +St. Anthony Hospital,   2875 West 19th Street,   Chicago, IL 60623-3596
19309904     +Sunrise Credit Services Inc,   260 Airport Plaza,   PO Box 9168,   Farmingdale, NY 11735-9168
19309905     +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
19309906     +United Credit Union,   4444 S Pulaski Road,   Chicago, IL 60632-4011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QNNREID.COM Dec 12 2012 02:33:00     N. Neville Reid,   Fox, Swibel, Levin & Carroll, LLP,
               200 W. Madison Street,   Suite 3000,   Chicago, IL 60606-3417
19309881      EDI: CAPITALONE.COM Dec 12 2012 02:28:00      Capital One,   Po Box 85520,   Richmond, VA 23285
19309882     +EDI: AIS.COM Dec 12 2012 02:33:00      Capital One, N.A.,   c/o American Infosource,
               P.O Box 54529,   Oklahoma City, OK 73154-1529
19309884      EDI: CITICORP.COM Dec 12 2012 02:28:00      Citi Cards,   PO BOx 6241,
               Sioux Falls, SD 57117-6241
19309886     +EDI: CITICORP.COM Dec 12 2012 02:28:00      Citicorp Credit Services *,
               ATTN: Internal Recovery; Centralized Bk,   P.O. Box 20507,   Kansas City, MO 64195-0507
19309902      EDI: AGFINANCE.COM Dec 12 2012 02:33:00      Springleaf Financial S,   4013 W 26th Street,
               Chicago, IL 60623
19309903      EDI: AGFINANCE.COM Dec 12 2012 02:33:00      Springleaf Financial Services,   Crestwood Center,
               13608 Cicero Avenue, Suite C,   Midlothian, IL 60445
19309907     +EDI: WFNNB.COM Dec 12 2012 02:28:00      World Finacial Network Bank,   PO Box 182273,
               Columbus, OH 43218-2273
19309908     +EDI: WFNNB.COM Dec 12 2012 02:28:00      World Finacial Network National Bank,   BK Department,
               P.O. Box 182125,   Columbus, OH 43218-2125
19309909     +EDI: WFNNB.COM Dec 12 2012 02:28:00      World Financial Capital Bank,   Po Box 183003,
               Columbus, OH 43218-3003
19309910     +EDI: WFNNB.COM Dec 12 2012 02:28:00      World Financial Network National Bank,
               3100 Easton Square Place,   Columbus, OH 43219-6232
19325367      EDI: ECAST.COM Dec 12 2012 02:28:00      eCAST Settlement Corporation,   POB 29262,
               New York NY 10087-9262
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19309883*    +Capital One, N.A. *,   c/o American Infosource,   P.O Box 54529,   Oklahoma City, OK 73154-1529
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1           User: admin              Page 2 of 3              Date Rcvd: Dec 11, 2012
                               Form ID: b18             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2012**                **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: admin              Page 3 of 3               Date Rcvd: Dec 11, 2012
                               Form ID: b18             Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2012 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    Seterus, Inc. as servicer for Fannie Mae
            anelson@atty-pierce.com,  northerndistrict@atty-pierce.com
          Donald L. Newman    on behalf of Creditor    United Credit Union dnewmanassoc@yahoo.com,
            dnewmanassoc@yahoo.com
          Mohammed O Badwan    on behalf of Debtor Huhilfredo  Valadez mbadwan@sulaimanlaw.com,
            mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
          Mohammed O Badwan    on behalf of Joint Debtor Jasmin S Herrera mbadwan@sulaimanlaw.com,
            mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com
          N. Neville Reid    nreid@fslc.com,  nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Toni  Dillon    on behalf of Creditor    Seterus, Inc. as servicer for Fannie Mae
            tdillon@atty-pierce.com,  northerndistrict@atty-pierce.com
                                                                                             TOTAL: 7
```